IN THE UNITED STATES
DISTRICT COURT
CENTRAL DISTRICT
OF ILLINOIS
PEORIA DIVISION

UNITED STATES            )
OF AMERICA,              )
      Plaintiff,    )
                         )
  vs.                    )
                         )
MARY BETH WRIGHT         )
                         )
                         )
                         )
                         )
      Defendant(s). )   Case No. CV  05-1272


## NOTICE OF FORECLOSURE

The undersigned certifies that the above entitled mortgage foreclosure action was filed on **September 15**, 2005, and is now pending.

(i)     The names of all plaintiffs and the case number are identified above.

(ii)    The court in which said action was brought is identified above.

(iii)   The name(s) of the title holder(s) of record are: MARY BETH WRIGHT

(iv)    The legal description of the real estate sufficient to identify it with reasonable certainty is as follows:

       Lot 166 in Elston's Addition to the Town, now City, of Princeton, Bureau County, Illinois

       PIN No. 16-16-114-004

(v)     A common address or description of the location of the real estate is as follows:
       123 West Central Street, Princeton, IL 61356

(vi)    An identification of the mortgage sought to be foreclosed is as follows:

| | |
|---|---|
| Name of mortgagor(s): | MARY BETH WRIGHT |
| Name of mortgagee: | United States of America, United States Department of Agriculture |
| Date(s) of mortgage(s): | Exhibit A, August 10, 1995<br>Exhibit B, August 12, 1999 |
| Date(s) of recording: | Exhibit A, August 11, 1995<br>Exhibit B, August 13, 1999 |

|  |  |
|---|---|
| County where recorded: | Bureau County, Illinois |
| Recording document identification: | Recorded as Exhibit A, Doc. No. 95-3764, Book 838, Page 181<br>Exhibit B, Doc. No. 99-5362, Book 960, Page 631 |

UNITED STATES OF AMERICA, Plaintiff

JAN PAUL MILLER
United States Attorney

PREPARED BY:

By: s/: BRADLEY W. MURPHY
Bradley W. Murphy
Assistant United States Attorney
One Technology Plaza
211 Fulton Street
Suite 400
Peoria, Illinois 61602
Telephone No. 309-671-7050
Fax No. 309-671-7259
brad.murphy@usdoj.gov

This instrument was prepared by Bradley W. Murphy, Assistant U. S. Attorney, One Technology Plaza, 211 Fulton Street, Suite 400, Peoria, Illinois 61602