## UNITED STATES DISTRICT COURT

_____Central_____ District of _____Illinois_____

UNITED STATES OF AMERICA

V.

MARY BETH WRIGHT

SUMMONS IN A CIVIL CASE

CASE NUMBER:   05-1272

TO: (Name and address of Defendant)

**MARY BETH WRIGHT**
**104 East Walnut Street**
**Walnut, Illinois 61376-9347**

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

**Bradley W. Murphy**
**Assistant United States Attorney**
**One Technology Plaza**
**211 Fulton Street, 4th Floor**
**Peoria, Illinois 61602**

an answer to the complaint which is herewith served upon you, within ____**twenty (20)**____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

_____[signature]_____     _____10/26/05_____
CLERK                             DATE

_____[signature]_____
(By) DEPUTY CLERK

COPY

AO 440 (Rev. 10/93) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the third-party defendant. Place where served: _____
_____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

  Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____
_____
_____

☐ Other (specify): _____
_____
_____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____    _____
                Date            *Signature of Server*

                                _____
                                *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.