IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL NO. 05-1272 |
| | ) | |
| MARY BETH WRIGHT, | ) | |
| | ) | |
| Defendants. | ) | |

## PLAINTIFF'S MOTION TO DISMISS

The United States of America, by and through its attorneys, Rodger A. Heaton, United States Attorney for the Central District of Illinois, and Bradley W. Murphy, Assistant United States Attorney for the Central District of Illinois, states that the debtor, **Mary Beth Wright**, has cured her deficiency balance and the proceeds have been received by the United States Department of Agriculture and therefore moves that the complaint in this action be dismissed without prejudice.

　　　　　　　　　　　　　　　　　　　　UNITED STATES OF AMERICA

　　　　　　　　　　　　　　　　　　　　JAN PAUL MILLER
　　　　　　　　　　　　　　　　　　　　UNITED STATES ATTORNEY


　　　　　　　　　　　　　　　　　　　　<u>s/: BRADLEY W. MURPHY</u>
　　　　　　　　　　　　　　　　　　　　BRADLEY W. MURPHY
　　　　　　　　　　　　　　　　　　　　Assistant United States Attorney
　　　　　　　　　　　　　　　　　　　　211 Fulton Street, 4th Floor
　　　　　　　　　　　　　　　　　　　　One Technology Plaza
　　　　　　　　　　　　　　　　　　　　Peoria, Illinois  61602
　　　　　　　　　　　　　　　　　　　　Telephone:  309/671-7050

**IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL NO. 05-1272 |
| | ) |
| MARY BETH WRIGHT, | ) |
| | ) |
| Defendants. | ) |

**CERTIFICATE OF SERVICE**

I hereby certify that on **December 7, 2005**, I electronically filed **PLAINTIFFS'S MOTION TO DISMISS** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Not Applicable

and I hereby further certify that I have mailed, by United States Postal Service, the **PLAINTIFF'S** MOTION TO DISMISS **to the following non CM/ECF participants:**

**Mary Beth Wright
104 East Walnut Street
Walnut, Illinois 61376-9347**

**s/: DONALD C. LATTIG**
DONALD C. LATTIG
Legal Assistant
Office of the United States Attorney
One Technology Plaza
211 Fulton Street, 4th Floor
Peoria, Illinois 61602
Telephone: 309.671.7050
E-Mail: don.lattig@usdoj.gov