IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF ILLINOIS

AT PEORIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Civil No.   05-1272 |
| MARY BETH WRIGHT, | ) ) ) | |
| Defendant. | ) | |

## RELEASE OF NOTICE OF FORECLOSURE

Release is hereby given of the Lis Pendens Notice filed in the United States District Court, Central District of Illinois, on **September 15, 2005**, and recorded in the Recorder's Office in **Bureau** County, Illinois, on **September 26, 2005**, as Document No. **A11:21 055586**, which Notice of Foreclosure stated as follows:

The undersigned certifies that the above-entitled mortgage foreclosure action was filed on **September 15, 2005**, and is now pending.

(i)        The names of all plaintiffs and the case number are identified above.

(ii)     The court in which said action was brought is identified above.

(iii)     The names of the title holders of record are:

(iv)     A legal description of the real estate sufficient to identify it with reasonable certainty is as follows:

> **Lot 166 in Elston's Addition to the Town, now City, of Princeton, Bureau County, Illinois**
>
> **PIN No. 16-16-114-004**

(v)     A common address or description of the location of the real estate is as follows:

> **123 West Central Street, Princeton, Illinois 61356**

(vi)     An identification of the mortgage sought to be foreclosed is as follows:

| | |
|---|---|
| Names of mortgagor: | **Mary Beth Wright** |
| Name of mortgagee: | **United States of America**<br>**United States Department of Agriculture** |
| Date of mortgage(s): | **Exhibit A, August 10, 1995**<br>**Exhibit B, August 12, 1999** |
| Date of recording: | **Exhibit A, August 11, 1995**<br>**Exhibit B, August 13, 1999** |
| County where recorded: | **Bureau County, Illinois** |

Recording document identification:

**Recorded as Exhibit A, Doc. No. 95-3764, Book 838, Page 181**
**Exhibit B, Doc. No. 99-5362, Book 960, Page 631**

UNITED STATES OF AMERICA, Plaintiff

RODGER A. HEATON
UNITED STATES ATTORNEY

**s/: BRADLEY W. MURPHY**
BRADLEY W. MURPHY
Assistant United States Attorney
211 Fulton Street, 4th Floor
Peoria, Illinois  61602
Telephone:  309.671.7050

This instrument was prepared by Bradley W. Murphy, Assistant United States Attorney, 211 Fulton Street, 4th Floor, Peoria, Illinois 61602.