E-FILED
Friday, 13 January, 2006  03:35:25 PM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
AT PEORIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil No.   05-1272 |
| | ) | |
| MARY BETH WRIGHT, | ) | |
| | ) | |
| Defendant. | ) | |

**ENTRY OF APPEARANCE**

Elizabeth L. Collins, Assistant United States Attorney, enters her appearance to this Court as co-counsel to represent the United States for the above-named case.

                                            Respectfully submitted,
                                            RODGER A. HEATON
                                            United States Attorney

                                            s/ Elizabeth L. Collins
By:   _____
                                            Elizabeth L. Collins, IL Bar No. 487864
                                            Attorney for Plaintiff
                                            United States Attorney's Office
                                            318 South Sixth Street
                                            Springfield, IL  62701
                                            Telephone:  217/492-4450
                                            Fax:  217/492-4888
                                            email:  beth.collins@usdoj.gov

## **CERTIFICATE OF SERVICE**

    The following persons were served with a copy of the foregoing electronically or by mailing them a copy.

                                      Mary Beth Wright
                                      225 North Randolph Street
                                      Princeton, Illinois 61356

    01/13/06                                                        s/ Elizabeth L. Collins
Date:_____                                 _____